## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## CLEVELAND DISTRICT

| | | |
|---|---|---|
| **JEREMY HIETT and HAILEY HIETT,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| | ) | **No.1:11-dp-20413-DAK** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **DEPUY ORTHOPAEDICS, INC., and** | ) | |
| **JOHNSON AND JOHNSON, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OFATTORNEY LIEN

Comes the undersigned counsel on behalf Craft & Sheppard, PLC and hereby files this

Notice of Attorney Lien for fees and expenses expended to date in representation of Plaintiffs.

Respectfully submitted,

s/*Perry A. Craft*_____
Perry A. Craft, Esq.
**CRAFT & SHEPPARD, PLC**
1604 Westgate Circle, Suite 1
Brentwood, TN 37027
Telephone: (615) 309-1707
Facsimile:  (615) 309-1717

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was forwarded via the Court's electronic filing system to the following counsel, this the 13th day of February 2012, to:

Matthew E. Wright, Esq.
Hardee, Martin & Donahoe
213 East Lafayette Street
Jackson, TN 38301

Kristen L. Mayer
Tucker Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Lauren D. Godfrey
Drinker Biddle & Reath - Florham
Park
500 Campus Drive
Florham Park, NJ 07932

S. Peter Voudouris
Tucker Ellis & West
1150 Huntington Bldg.
925 Euclid Avenue
Cleveland, OH 44115-1475

Susan M. Sharko
Drinker Biddle & Reath - Florham
Park
500 Campus Drive
Florham Park, NJ 07932

_s/Perry A. Craft_____
Perry A. Craft

2